# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

WILNANCY CANTILLO MONTERO,

    Plaintiff,

v.                                                                                    No. 26-cv-1116 KWR-JFR

WARDEN, *et al*,

    Defendants.

### ORDER OF DISMISSAL

This matter comes before the Court on Petitioner's Motion to Dismiss 28 U.S.C. § 2241 Habeas Action (Doc. 6) (Motion).  The Motion explains that Petitioner inadvertently filed this new *pro se* § 2241 action, despite the fact that her counseled § 2241 action is already pending in this Court.  *See Cantillo Montero v. Warden,* 26-cv-0919 WJ-GJF.  The Court will apply Rule 41(a) to this habeas proceeding and grant the Motion.  *See Janssen v. Harris,* 321 F.3d 998, 1000 (10th Cir. 2003) (Rule 41(a) allows for dismissal without prejudice before an answer is filed).  The dismissal is without prejudice and has no impact on Petitioner's ability to prosecute the counseled case.  The Court will also deny as moot the Motion to Proceed *In Forma Pauperis*.

    **IT IS ORDERED** that Petitioner's Motion to Dismiss 28 U.S.C. § 2241 Habeas Action (**Doc. 6**) is **GRANTED**; this case is **DISMISSED without prejudice**; the Motion to Proceed *In Forma Pauperis* (**Doc. 5**) is **DENIED as moot**; and the Court will enter a judgment closing the civil habeas case.

                        _____/**S**/_____
                        HON. KEA RIGGS
                        UNITED STATES DISTRICT JUDGE